LAW OFFICES OF REGINA SPURLEY
Regina Spurley (SBN 256908)
300 N. LAKE AVE., SUITE 1100
PASADENA, CALIFORNIA 91101
TELEPHONE: (310) 285-8595
TELEFAX:    (310) 300-2112
regina@raafirm.com

Attorneys for Plaintiff, Kent Sterling Attwood

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT STERLING ATTWOOD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BAMBOO INSURANCE SERVICES, a California Corporation; CATLIN INSURANCE COMPANY, INC., a Texas Corporation; MARK COWART, an individual; and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-10213-RGK-GJS <br><br> [Hon. R. Gary Klausner; Courtroom 850] <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE CASE |

1

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: September 21, 2021

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE